**Duffy, Sean P.**
**Debtor**

**Case no. 16-12118**
**Petition filed 6/14/16**

---

**Payment advices for 4/15/16 – 6/14/16**
**County Materials / Central Processing Corp.**

# 60 days



## CENTRAL PROCESSING CORPORATION

**Powered By: my-eSTUB.com**

### DIRECT DEPOSIT ONLY - NON-NEGOTIABLE

| Sean P. Duffy<br>1716 Grandview Dr<br>Beloit, WI 53511 | **Pay Date**<br>06/10/2016<br>**Amount**<br>950.19 | ← | Central Processing Corp<br>PO Box 435<br>Astatula, FL 34705 |
|---|---|---|---|

| Bank Routing Number | Bank Account Number | Payment Amount |
|---|---|---|
| 075900973 | ******0145 | 775.19 |
| 275977078 | ******1271 | 175.00 |

| Employee No | Department | Employee Name | SSN | Period End | Advice No |
|---|---|---|---|---|---|
| 10713 | CMCJanesville | Sean P. Duffy | XXX-XX-5690 | 06/04/2016 | 136765 |

### Statement of Earnings and Deductions

| Earnings | Hrs/Units | Current Amt. | YTD | Deductions | Current Amt. | YTD |
|---|---|---|---|---|---|---|
| Holiday Pay | 8.00 | 120.00 | 360.00 | Ded-Med Plan B | 164.50 | 1,809.50 |
| Overtime FLSA | 8.43 | 63.25 | 658.01 | Ded-Supp Life Child | 0.14 | 1.54 |
| Overtime Pay | 8.43 | 126.50 | 1,316.00 | Ded-Supp Life Employee | 0.64 | 7.04 |
| Regular Pay | 67.97 | 1,019.50 | 13,565.00 | Ded-Supp Life Spouse | 0.32 | 3.52 |
| Vacation Pay | 8.00 | 120.00 | 1,200.00 | Ded-Wellness Credit | | -100.00 |
| | | | | HSA EE+1/Fam | 10.83 | 119.13 |
| | | | | Tax-FICA Medicare | 18.47 | 221.42 |
| | | | | Tax-FICA Social Security | 78.98 | 946.76 |
| | | | | Tax-FIT | 160.27 | 1,507.65 |
| | | | | Tax-WI SIT | 64.91 | 777.78 |
| Vacation Balance | 0.00 | | | | | |

| Pay Rate | Current Earnings | Current Ded | Net Pay | YTD Earnings | YTD Ded | YTD Net Pay |
|---|---|---|---|---|---|---|
| 15.00 | 1,449.25 | 499.06 | 950.19 | 17,099.01 | 5,294.34 | 11,804.67 |

ADVICE NO  **135370**

**Central Processing Corp**
PO Box 435
Astatula, FL 34705

PEOPLES ST BK-WAUSAU
1905 West Stewart Ave
Wausau, WI 54401

DATE  05/27/2016

AMOUNT  1,047.33

PAY  **ONE THOUSAND FORTY-SEVEN AND 33 / 100 DOLLARS**

| Bank Routing No. | Bank Account No. | Payment Amount |
|---|---|---|
| 075900973 | XXXXXX0145 | 872.33 |
| 275977078 | XXXXXX1271 | 175.00 |

TO THE ORDER OF
Sean P. Duffy
1716 Grandview Dr
Beloit, WI 53511

## DIRECT DEPOSIT ONLY - NON-NEGOTIABLE

Central Processing Corp

| 10713 | CMCJanesville | Sean P. Duffy | XXX-XX-5690 | 05/21/2016 | 135370 |
|---|---|---|---|---|---|
| EMPLOYEE NO | LOCATION | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 240.00 | Ded-Med Plan B | 164.50 | 1,645.00 |
| Overtime FLSA | 17.22 | 129.13 | 594.76 | Ded-Supp Life Child | 0.14 | 1.40 |
| Overtime Pay | 17.22 | 258.25 | 1,189.50 | Ded-Supp Life Employee | 0.64 | 6.40 |
| Regular Pay | 80.00 | 1,200.00 | 12,545.50 | Ded-Supp Life Spouse | 0.32 | 3.20 |
| Vacation Pay | | | 1,080.00 | Ded-Wellness Credit | | -100.00 |
| | | | | HSA EE+1/Fam | 10.83 | 108.30 |
| | | | | Tax-FICA Medicare | 20.47 | 202.95 |
| | | | | Tax-FICA Social Security | 87.55 | 867.78 |
| | | | | Tax-FIT | 180.99 | 1,347.38 |
| | | | | Tax-WI SIT | 74.61 | 712.87 |

Vacation Balance  8.00

| 15.00 | 1,587.38 | 540.05 | 1,047.33 | 15,649.76 | 4,795.28 | 10,854.48 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |

ADVICE NO 133990

| Central Processing Corp | PEOPLES ST BK-WAUSAU | | |
|---|---|---|---|
| PO Box 435 | 1905 West Stewart Ave | DATE | AMOUNT |
| Astatula, FL 34705 | Wausau, WI 54401 | 05/13/2016 | 981.31 |

PAY   **NINE HUNDRED EIGHTY-ONE AND 31 / 100 DOLLARS**

Bank Routing No./Bank Account No./Payment Amount
075900973    XXXXXX0145    806.31
275977078    XXXXXX1271    175.00

TO THE ORDER OF

Sean P. Duffy
1716 Grandview Dr
Beloit, WI 53511

## DIRECT DEPOSIT ONLY - NON-NEGOTIABLE

Central Processing Corp

| 10713 | CMCJanesville | Sean P. Duffy | XXX-XX-5690 | 05/07/2016 | 133990 |
|---|---|---|---|---|---|
| EMPLOYEE NO | LOCATION | EMPLOYEE NAME | SOCIAL SECURITY NO | PERIOD END | ADVICE NO |

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 240.00 | Ded-Med Plan B | 164.50 | 1,480.50 |
| Overtime FLSA | 9.00 | 67.50 | 465.63 | Ded-Supp Life Child | 0.14 | 1.26 |
| Overtime Pay | 9.00 | 135.00 | 931.25 | Ded-Supp Life Employee | 0.64 | 5.76 |
| Regular Pay | 78.07 | 1,171.00 | 11,345.50 | Ded-Supp Life Spouse | 0.32 | 2.88 |
| Vacation Pay | 8.00 | 120.00 | 1,080.00 | Ded-Wellness Credit | | -100.00 |
| | | | | HSA EE+1/Fam | 10.83 | 97.47 |
| | | | | Tax-FICA Medicare | 19.11 | 182.48 |
| | | | | Tax-FICA Social Security | 81.72 | 780.23 |
| | | | | Tax-FIT | 166.91 | 1,166.39 |
| | | | | Tax-WI SIT | 68.02 | 638.26 |

Vacation Balance   8.00

| 15.00 | 1,493.50 | 512.19 | 981.31 | 14,062.38 | 4,255.23 | 9,807.15 |
|---|---|---|---|---|---|---|
| PAY RATE | CURRENT EARNINGS | CURRENT DED. | NET PAY | YTD EARNINGS | YTD DED. | YTD NET PAY |

| Central Processing Corp<br>PO Box 435<br>Astatula, FL 34705 | | Advice No | 132641 |
|---|---|---|---|
| | | Date<br>4/29/2016 | Amount<br>1,172.10 |

**One Thousand One Hundred Seventy Two AND 10/100 DOLLARS**

Pay TO THE ORDER OF

Sean P Duffy
1716 Grandview Dr
Beloit, WI 53511

| Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|
| | | 997.10 |
| | | 175.00 |

**Direct Deposit Only**
**Non-Negotiable**

| Central Processing Corp | PO Box 435 | Astatula, FL 34705 | | Phone: 715-848-1365 |
|---|---|---|---|---|
| 10713<br>EMPLOYEE NO | CMCJanesville<br>DEPARTMENT | Sean P Duffy<br>EMPLOYEE NAME | SOCIAL SECURITY NO | 4/10/2016<br>PERIOD BEG | 4/23/2016<br>PERIOD END |

| EARNINGS | HRS/UNITS | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 240.00 | Ded-Med Plan B | | 1,316.00 |
| Overtime FLSA | 12.30 | 92.24 | 398.13 | Ded-Supp Life Child | | 1.12 |
| Overtime Pay | 12.30 | 184.50 | 796.25 | Ded-Supp Life Employee | | 5.12 |
| Regular Pay | 80.00 | 1,200.00 | 10,174.50 | Ded-Supp Life Spouse | | 2.56 |
| Vacation Pay | 8.00 | 120.00 | 960.00 | Ded-Wellness Credit | | -100.00 |
| | | | | HSA EE+1/Fam | | 86.64 |
| | | | | Tax-FICA Medicare | 23.15 | 163.37 |
| | | | | Tax-FICA Social Security | 99.00 | 698.51 |
| | | | | Tax-FIT | 214.91 | 999.48 |
| | | | | Tax-WI SIT | 87.58 | 570.24 |
| 15.00<br>PAY RATE | 1,596.74<br>CURRENT EARNINGS | 424.64<br>CURRENT DED | 1,172.10<br>NET PAY | 12,568.88<br>YTD EARNINGS | 3,743.04<br>YTD DED | 8,825.84<br>YTD NET PAY |

ADVICE NO  131332

| Central Processing Corp<br>PO Box 435<br>Astatula, FL 34705 | PEOPLES ST BK-WAUSAU<br>1905 West Stewart Ave<br>Wausau, WI 54401 | DATE<br>04/15/2016 | AMOUNT<br>1,016.46 |
|---|---|---|---|

PAY   **ONE THOUSAND SIXTEEN AND 46 / 100 DOLLARS**

Bank Routing No./Bank Account No./Payment Amount
075900973    XXXXXX0145    841.46
275977078    XXXXXX1271    175.00

TO THE ORDER OF
Sean P. Duffy
1716 Grandview Dr
Beloit, WI 53511

**DIRECT DEPOSIT ONLY**

## NON-NEGOTIABLE

Central Processing Corp

| 10713<br>EMPLOYEE NO | CMCJanesville<br>LOCATION | Sean P. Duffy<br>EMPLOYEE NAME | XXX-XX-5690<br>SOCIAL SECURITY NO | 04/09/2016<br>PERIOD END | 131332<br>ADVICE NO |
|---|---|---|---|---|---|

| EARNINGS | HRS/UNITS | CURRENT AMT. | YEAR TO DATE | DEDUCTIONS | CURRENT AMT. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday Pay | | | 240.00 | Ded-Med Plan B | 164.50 | 1,316.00 |
| Overtime FLSA | 9.97 | 74.75 | 305.89 | Ded-Supp Life Child | 0.14 | 1.12 |
| Overtime Pay | 9.97 | 149.50 | 611.75 | Ded-Supp Life Employee | 0.64 | 5.12 |
| Regular Pay | 79.95 | 1,199.25 | 8,974.50 | Ded-Supp Life Spouse | 0.32 | 2.56 |
| Vacation Pay | 8.00 | 120.00 | 840.00 | Ded-Wellness Credit | | -100.00 |
| | | | | HSA EE+1/Fam | 10.83 | 86.64 |
| | | | | Tax-FICA Medicare | 19.84 | 140.22 |
| | | | | Tax-FICA Social Security | 84.83 | 599.51 |
| | | | | Tax-FIT | 174.41 | 784.57 |
| | | | | Tax-WI SIT | 71.53 | 482.66 |

Vacation Balance    24.00

| 15.00<br>PAY RATE | 1,543.50<br>CURRENT EARNINGS | 527.04<br>CURRENT DED. | 1,016.46<br>NET PAY | 10,972.14<br>YTD EARNINGS | 3,318.40<br>YTD DED. | 7,653.74<br>YTD NET PAY |
|---|---|---|---|---|---|---|